IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 3:12-cr-26-KRG-KAP |
| JOHN HINTON, | : Case No. 3:16-cv-145-KRG-KAP |
| Movant | : |

Memorandum Order

The Clerk shall terminate the motion at ECF no. 51 in the criminal case and close the civil case. See the unobjected-to Report and Recommendation at ECF no. 2 in the civil case and ECF no. 55 in the criminal case.

BY THE COURT:

November 27, 2018

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record